2671.00110

IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LORENZO E. RUBIO**, as Next Friend for Z.R., a minor, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**TURNER UNIFIED SCHOOL DISTRICT No. 202,** *et al.*, )<br>)<br>Defendants. )<br>———————————————————) | Case No. 05-2522-CM |

### DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S
### AMENDED COMPLAINT[1]

**COME NOW** Defendants Turner Unified School District No. 202, Turner Board of Education, Bobby Allen, Jim Ernst, Linda Ingram, Joy Berry, Theresa Tillery, Betty Gibson, Brad Stuart, Teresa Juarez, Jennifer Watts, and Susan Serzyski (hereinafter "Defendants") and, pursuant to FED.R.CIV.P. 15(a) and D. Kan. R. 15.1, respectfully move to strike Plaintiff's third Amended Complaint (Doc. #29) filed February 28, 2006.  In support of this motion, Defendants state as follows:

1. Plaintiff's initial Complaint was filed on December 12, 2005. (Doc. #1)

2. Plaintiff filed his first Amended Complaint on December 13, 2005.  (Doc. #3)

3. On December 16, 2005, Plaintiff filed a second Amended Complaint with the Court (Doc. #5)

---

[1] In filing this motion, Defendants expressly do not waive any other affirmative defenses available to them in this action including those enumerated in Fed.R.Civ.P. 8, 9 & 12.  To the extent necessary to preserve any such defenses, Defendants raise the same herein.  In particular, Defendants have not been properly served and do not waive insufficiency of process or insufficiency of service of process or consent to personal jurisdiction by filing this motion to strike.  Specifically, Defendants incorporate herein by reference, the arguments and authorities set forth in their motion to dismiss (Doc. #6) and supporting memoranda (Doc. #7) which have previously been filed.

{K0271135.DOC; 1}                                1

4. Defendants filed a motion to dismiss Plaintiff's claims on January 24, 2006. (Doc. #6).

5. Plaintiff filed his third Amended Complaint on February 28, 2006 without seeking leave of the Court. (Doc. #29)

6. Fed. R. Civ. P. 15(a) provides in pertinent part that,

> A party may amend the party's pleading **once** as a matter of course at any time **before a responsive pleading is served** ....  Otherwise a party may amend the party's pleading **only by leave of the court or by written consent of the adverse party** ....

7. Plaintiff did not seek consent, whether oral or written, from the Defendants or their counsel prior to filing his third Amended Complaint.

8. D. Kan. R. 15.1 provides that,

> In addition to the other requirements of Local Rules 7.1 through 7.5, a motion to amend shall set forth a concise statement of the amendment sought to be allowed, with the proposed pleading attached.

9. Plaintiff has failed to file any motion seeking leave of the Court to amend his Complaint, much less a motion complying with D. Kan. R.15.1.  Accordingly, Defendants have been denied any opportunity to object to the proposed amendments, many of which are futile or otherwise improper.

10. On March 1, 2006, counsel for Defendants sent a letter to Plaintiff's counsel advising that the third Amended Complaint (Doc. #29) had been filed without first obtaining leave of court as required by FED.R.CIV.P. 15(a) and requested that the third Amended Complaint be voluntarily withdrawn.  See Exhibit A attached hereto.  Plaintiff has failed to do so causing Defendants to incur additional and unnecessary attorneys' fees, expenses and costs.

11. A law clerk from Plaintiff's counsel's office contacted counsel for Defendants on March 2, 2006 to discuss the improperly filed third Amended Complaint and indicated that he

would check with Plaintiff's Counsel and advise whether they would voluntarily withdraw the Amended Complaint by the end of business that day.

12. Counsel for Defendants faxed Plaintiff's counsel a letter confirming that the third Amended Complaint would be withdrawn. See Exhibit B attached hereto.

13. The law clerk called back at approximately 3:30 p.m. on March 2, 2006 and indicated that instead of merely withdrawing the improperly filed third Amended Complaint, Plaintiff would file a combined motion for leave to amend and motion to withdraw on or before March 3, 2006.

14. As of today's date, Plaintiff has still not withdrawn his improperly filed third Amended Complaint (Doc. #29).

**WHERERFORE,** Defendants move this Court to strike Plaintiff's third Amended Complaint (Doc. #29) for failure to comply with FED.R.CIV.P. 15(a) and D. Kan. 15.1 and award Defendants their reasonable attorneys' fees, expenses and costs incurred in filing this motion.

    Respectfully submitted,

    McANANY, VAN CLEAVE & PHILLIPS, P.A.
    707 Minnesota Avenue, Suite 400
    Post Office Box 171300
    Kansas City, Kansas 66117-1300
    Telephone:    (913) 371-3838
    Facsimile:    (913) 371-4722

    By: /s/ Gregory P. Goheen
        Gregory P. Goheen    #16291

    Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served through the Court's ECF system and/or mailed, postage pre-paid, on this 6th day of March, 2006 to:

Chuck N. Chionuma
Chionuma and Associates, P.C.
The Bryant Building, Suite 1100
1102 Grand Avenue
Kansas City, Missouri 64106

Attorneys for Plaintiff

/s/ Gregory P. Goheen